THATCHER v. R. & D. G. MILLS.

Where the defendant pleaded several pleas of confession and avoidance and also a
    general denial, and there was a statement of facts which purported to contain all
    the evidence, the Court reversed the judgment for the plaintiff, on the ground
    that it did not appear that the draft, sued on, had been given in evidence, nor its
    absence accounted for.

Appeal from Wharton.    Suit by  the appellees  on a draft
drawn by the appellant on L. J. Latham to the order of B. &
W. Milburn, and  indorsed  to  the appellees.    The defendant
filed an answer which contained  several pleas  in  confession
and avoidance, and concluded with a  general denial.    There
was a statement of facts ; and it did not appear therefrom that

the draft had been given in evidence, nor that its absence was accounted for.

*W. Field*, for appellant.

*G. Quinan*, for appellees.

LIPSCOMB, J.   It is assigned for error, that the draft on which this suit was instituted, was not given in evidence, nor was its absence accounted for.

If there had not been a full statement of the facts in this case, agreed on by the counsel for the plaintiff and the defendant, we would have presumed that the draft, upon which suit was brought, was read in evidence ; as a judgment is entitled to every presumption in its favor.   But where there is a statement of the evidence, agreed on, there is no room for such a presumption ; and a verdict rendered without it, or its absence accounted for, ought to have been set aside, and a new trial granted.   For this error the judgment must be reversed and the cause remanded.

Reversed and remanded.